**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Karen  M. Trynoski

          **Debtor(s)**

**BK NO. 18-04528 HWV**

**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
17 Nov 2020, 13:54:15, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: f3675fde26fbbf4df408d007747e4950a3d818d5081abeb9705da0c25b4b690d