IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :     CASE NO. 1:18-bk-04528-HWV |
| KAREN M. TRYNOSKI | : |
|     Debtor | :     CHAPTER 13 |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021          CUNNINGHAM CHERNICOFF & WARSHAWSKY, P.C.

                                                       By:    /s/ Johanna H. Rehkamp
                                                              Johanna H. Rehkamp, Esquire
                                                              Cunningham & Chernicoff, P.C.
                                                              2320 North Second Street
                                                              Harrisburg, PA 17110
                                                              (717) 238-6570
                                                              jhr@cclawpc.com

    Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021          CUNNINGHAM CHERNICOFF & WARSHAWSKY, P.C.

                                                             By:    /s/ Robert E. Chernicoff
                                                              Robert E. Chernicoff, Esquire
                                                             2320 North Second Street
                                                             P. O. Box 60457
                                                             Harrisburg, PA 17106-0457
                                                             (717) 238-6570
                                                             rchernicoff@cclawpc.com