Certificate Number: 14912-PAM-DE-037785235

Bankruptcy Case Number: 18-04528


14912-PAM-DE-037785235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2023, at 5:06 o'clock PM EDT, Karen Trynoski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 21, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor