United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 18-04528-HWV

Karen M Trynoski                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M Trynoski, 308 Rupp Avenue, Camp Hill, PA 17011-6536 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | |
| | on behalf of Mediator Dorothy Mott DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Jerome B Blank | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pamb@fedphe.com |

District/off: 0314-1

Date Rcvd: Dec 12, 2023

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Martin J Weis

    on behalf of Creditor Roger Ostdhal mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Robert E Chernicoff

    on behalf of Debtor 1 Karen M Trynoski rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Karen M Trynoski,

**Debtor 1**

Chapter        13

Case No.        1:18−bk−04528−HWV

Social Security No.:

xxx−xx−6265

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  December 12, 2023

**fnldec** (01/22)